IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. 05-20036-B

BOOKER T. GOLDEN,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION REQUESTING ADDITIONAL TIME TO FILE MOTIONS UNTIL AFTER THE COMPLETION OF DISCOVERY

---

Before this Honorable Court is Defendant Booker T. Golden's Motion Requesting Additional Time to file Motions until after the completion of Discovery. Said motion is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion Requesting Additional Time to file Motions until after the completion of Discovery is hereby GRANTED.

IT IS SO ORDERED this 24th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-04





# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20036 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT