FILED BY _____ D.C.

05 JUN 27 AM 11:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY __CAM__ D.C.

2005 JUN 21 PM 2:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

VS.                                NO. 05-20036

BOOKER T. GOLDEN,

    Defendant

**MOTION DENIED**
DATE: Jun 24, 2005
_____
U.S. District Judge

MOTION TO ALLOW DEFENDANT TO TRAVEL OUT OF JURISDICTION

Comes now your Defendant, Booker T. Golden, and would request this Honorable Court to allow him to travel out of the Court's jurisdiction to a family reunion July 1, 2005 through July 2, 2005 in Sardis, Mississippi and July 3, 2005 in Crenshaw, Mississippi and returning home July 4, 2005.

WHEREFORE, PREMISES CONSIDERED, your Defendant prays that he be allowed to travel to a family reunion July 1, 2005 through July 2, 2005 in Sardis, Mississippi and July 3, 2005 in Crenshaw, Mississippi and returning home July 4, 2005.

RESPECTFULLY SUBMITTED

THE WAGERMAN LAW FIRM

Howard L. Wagerman
Attorney for Defendant
200 Jefferson, Suite 1313
Memphis, TN 38103
527-0644

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-27-05

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was furnished to Mr. Leonard Lucas, Asst. U.S. Attorney, 167 N. Main, 8th Floor, Memphis, TN 38103 on the 21st day of June, 2005.

THE WAGERMAN LAW FIRM

*Howard Wager*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20036 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT