IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 31 AM 11: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

BOOKER T. GOLDEN (b)

    Defendant.

CR. NO. 05-20036-B

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a report date on October 6, 2005. At that time, counsel for the defendant requested a continuance of the trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to November 7, 2005 with a report date of Monday, October 31, 2005. A Motion to Suppress Evidence was filed and a Suppression Hearing was set for November 17, 2005. Due to the unavailability of the Court, the **Suppression Hearing/Report Date has been re-set for Thursday, December 15, 2005 at 1:30 p.m.** in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from November 18, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 28th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20036 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT