IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 9:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOOKER T. GOLDEN,

    Defendant.

No. 05-20036-B

---

ORDER GRANTING MOTION FOR CONTINUANCE OF SUPPRESSION HEARING

---

It is hereby ORDERED that the Government's motion to continue the suppression hearing in the case of defendant, BOOKER T. GOLDEN, currently set for December 15, 2005, is hereby GRANTED, and the suppression hearing is hereby reset to January 5, 2006, at 3:00pm.

DONE at Memphis, Tennessee, this 31st day of Oct, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-3-05

(54)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20036 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT