<sub>Case 2:05-cr-20036-STA Document 55 Filed 11/16/05 Page 1 of 2 PageID 38</sub>

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 NOV 16 AM 9: 48

UNITED STATES OF AMERICA

    Plaintiff

VS.

BOOKER T. GOLDEN (b)

    Defendant.

CR. NO. 05-20036-B

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

Counsel for the government requested a continuance of the suppression hearing previously set for December 15, 2005.

The Court granted the request and re-set the **Suppression Hearing/Report Date for Thursday, January 6, 2006 at 3:00 p.m.** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 16 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 11-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20036 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT